AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LANCE STEVEN TIRSO ROXAS

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1655-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 4, 2002 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

conspire with another to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passpor, in violation of 18 U.S.C. s. 1542,

in violation of Title 18 United States Code, Section(s) 371.

I further state that I am a(n) Special Agent, DSS (Official Title) and that this complaint is based on the following facts:

See attached affidavit of DSS Special Agent Herman L. Arnold

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004
Date

at   Boston, Massachusetts
     City and State

CHARLES B. SWARTWOOD III
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.