**AFFIDAVIT**

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August, 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause to believe that an individual named Lance Steven Tirso ROXAS conspired with another to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1542.

3. On March 4, 2002, a person using the identity of Lance Steven Tirso ROXAS submitted an application ("DS-11") for a

United States passport at the U.S. Post Office located in Cambridge, MA. A copy of the passport application is appended hereto as Exhibit A. In support of the application, the person submitted a birth certificate in the name of Lance Steven Tirso Roxas from the Board of Health and Vital Statistics of Hudson County, Jersey City, New Jersey, reflecting that the person was born on May 9, 1971, in Jersey City, New Jersey. A copy of the birth certificate is appended hereto as Exhibit B. The person signed the application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the applicant submitted two photographs of himself and one was attached to the passport application at the time of its submission.

4. On January 14, 2004, Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service interviewed the person who submitted the application. He admitted that his true name is Renald Jean-Baptiste, and that he falsely claimed to be Lance Steven Tirso Roxas in submitting the March 4, 2002 passport application. Jean-Baptiste stated that he acquired the identity documents for the passport application from the true Lance Steven Tirso Roxas. A copy of Jean-Baptiste's sworn statement is appended hereto as Exhibit C.

5. On January 14, 2004, the true Lance Steven Tirso ROXAS

was interviewed by Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service. ROXAS admitted that he supplied Renald Jean-Baptiste with identification documents for the purpose of aiding him in obtaining employment and a U.S. Passport, knowing that Jean-Baptiste was not entitled to a U.S. Passport. A copy of Lance Steven Tirso Roxas's sworn statement is appended hereto as Exhibit D.

6. Based on the foregoing, I have probable cause to believe that Lance Steven Tirso ROXAS, did conspire to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, for the use of another, in violation of Title 18, United States Code, Sections 371 and 1542.

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 19th day of February, 2004.

HERMAN L. ARNOLD
Special Agent
U.S. Department of State,
Diplomatic Security Service

Subscribed and sworn before me this 19th day of February, 2004, in Boston, Massachusetts.

CHARLES B. SWARTWOOD III
United States Magistrate Judge

3

**EXHIBIT A**

U.S. Department of State
**APPLICATION FOR** ☐ U.S. PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

1. NAME (First and Middle): LANCE STEVEN TORSO
   LAST: ROXAS

2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX: 414036   APT. #: 2C
   CITY: NEW YORK   STATE: NY
   ZIP CODE: 10018
   COUNTRY / IN CARE OF (if applicable):

   ☐ 5 Yr.  ☑ 10 Yr.  Issue Date: _____
   ☐ R  ☐ D  ☐ O  ☐ DP
   End. # _____   Exp. _____
   Barcode: 103869534

3. SEX: ☑ M ☐ F
4. PLACE OF BIRTH: NEW JERSEY MEDICAL
5. DATE OF BIRTH: 5 / 9 / 71
6. SOCIAL SECURITY NUMBER: 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

7. HEIGHT: 6'1"
8. HAIR COLOR: Black
9. EYE COLOR: Dark Brown
10. HOME TELEPHONE: 617-267-6411
11. BUSINESS TELEPHONE: 347-423-3490
12. OCCUPATION: _____

13. PERMANENT ADDRESS: 59 Burbank St   CITY: Boston   STATE: Mass   ZIP CODE: 02115

14. FATHER'S FULL NAME: Steven Roxas   BIRTHPLACE: Boston   BIRTHDATE: 1/20/40   ☑ Yes ☐ No U.S. Citizen
15. MOTHER'S FULL MAIDEN NAME: Catherine Eileen Roxas Gaye   BIRTHPLACE: NJ   BIRTHDATE: 1/9/45   ☑ Yes ☐ No U.S. Citizen

16. HAVE YOU EVER BEEN MARRIED? ☐ Yes ☑ No
    SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH: _____
    DATE OF MOST RECENT MARRIAGE: _____
    WIDOWED/DIVORCED? ☐ Yes ☐ No
17. OTHER NAMES YOU HAVE USED: _____

18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? ☐ Yes ☑ No
    NAME IN WHICH ISSUED: _____
    MOST RECENT PASSPORT NUMBER: _____
    APPROXIMATE ISSUE DATE: _____
    DISPOSITION: ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

19. EMERGENCY CONTACT:
    NAME: Catherine Eileen Roxas
    STREET: 336 Oceanic Drive
    CITY: Toms River   STATE: NJ   ZIP CODE: 08753   TELEPHONE: 732-270-3024

20. TRAVEL PLANS (not mandatory): Date of Trip: _____ Length of Trip: _____ COUNTRIES TO BE VISITED: _____

21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.
    Applicant's Signature: Lance Steven Roxas

22. FOR ACCEPTANCE AGENT'S USE:
    Subscribed and sworn to/affirmed before me: Francis E. Noonan
    Date: 03/04/2002   (SEAL)
    ☐ Clerk of Court   ☐ PASSPORT Agent   ☑ Postal Employee   ☐ (Vice) Consul USA
    Camb APO 02139

23a. Applicant's or Father's Identifying Documents:
     ☐ Driver's License  ☐ Passport  ☑ Other (Specify): MASS LIQUOR ID
     Expiration Date: 02/25/2007   Place of Issue: MASS
     Name: LANCE STEVEN ROXAS   ID No.: S42776106

23b. Mother's Identifying Documents: ☐ Driver's License ☐ Passport ☐ Other

24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship): 5/14/71
    ☐ Birth Certificate  ☐ SR  ☐ CR  ☑ City  Filed/Issued: _____
    ☐ Passport Bearer's Name
    ☐ Report of Birth
    ☐ Naturalization/Citizenship Cert. No:
    ☐ Other
    ☐ Seen & Returned
    ☑ Attached   Issued: 5/19/71

**EXHIBIT B**



**EXHIBIT C**

Case 1:04-cr-10224-NG    Document 2    Filed 02/19/2004    Page 8 of 13



United States Department of State
Bureau of Diplomatic Security

## SWORN STATEMENT

PLACE: SKYLIGHT DINER
~~34th~~ 34TH STREET & 9TH AVE MANHATTAN, NY

DATE: 11/14/2004

I Renald Jean-Baptiste, hereby make the following statement voluntarily to S/A WILLIAM NOONE who has been identified to me as a Special Agent of the Diplomatic Security Service, United States Department of State.

Renald Jean-Baptiste    Lance Roses

I thought I could have got away of using Lance's IDs so that I could get out of the country to be able to do a job dancing.

No I did not pay for the documents Lance let me used them because he was a good friend to me.

No I do not have the documents I sent them by fall of 2002 to the passport agency. I don't know where they are right now because I don't have them.

I got all the documents from Lance. I applied in Boston.

It was the only time I have ever done such a thing. I was just trying to do a job. I have never had any problem with the law, never been arrested.

Renald Jean-Baptiste
414 W 36 apt 9c Ny Ny 10018
212-594-8742
6-9-73 Birth date
I came to the USA in May 89
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
X Renald Jean-Baptiste

Page 1 of 2

**United States Department of State**
**Bureau of Diplomatic Security**

I SWEAR THAT THE CONTENTS OF THIS STATEMENT OF RENALD JEAN BAPTISTE
PAGES ARE TRUE AND CORRECT: THAT I HAVE MADE THIS STATEMENT OF MY OWN FREE WILL AND ACCORD WITH NO PROMISES OF IMMUNITY HAVING BEEN MADE TO ME AND WITHOUT ANY THREATS, FORCE, OR COERCION BEING USED AGAINST ME. I MAKE THIS STATEMENT IN AN EFFORT TO ASSIST THE UNITED STATES DEPARTMENT OF STATE IN AN OFFICIAL INVESTIGATION. I HAVE BEEN COURTEOUSLY TREATED AND I HAVE NO OBJECTION TO THE CONDUCT OF THE INTERVIEWING OFFICERS.

FURTHER DEPONENT SAITH NOT.

S: _[signature: Renald Jean Baptiste]_

SUBSCRIBED AND SWORN BEFORE ME ON THIS __14__ DAY OF __JAN__, __2004__

S: _[signature: William T. ____]_
SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

WITNESS: S: _[signature]_
Special Agent
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

**EXHIBIT D**

United States Department of State
Bureau of Diplomatic Security



## SWORN STATEMENT

PLACE: CRUNCH FITNESS 3rd I St B/W 7th/BWay

DATE: 14 JAN 2004

I LANCE DOUGLAS, hereby make the following statement voluntarily to SA William Noone who has been identified to me as a Special Agent of the Diplomatic Security Service, United States Department of State.

THAT DURING THE YEAR OF 2002 I LENT MY DOCUMENTATION TO SEAN BAPTISTE OF 444 36TH ST, NY NY. I FELT VERY BAD FOR MR. BAPTISTE. AS HE WAS LEFT ALONE BY HIS FAMILY AFTER BEING BROUGHT INTO THIS COUNTRY ILLEGALLY. HE GOT OFFERED THE JOB OF HIS DREAMS WITH THE CIRCUS DU SOLEIL. I GAVE HIM MY DOCUMENTATION SO HE COULD FILE DOCUMENTATION WITH HIS PICTURE ON IT THAT WOULD ENABLE HIM TO TAKE THE JOB. HE THEN FOUND OUT THAT HE NEEDED TO FLY OVERSEAS FOR THE POSITION AND I ONCE AGAIN LENT HIM DOCUMENTATION SO HE COULD OBTAIN A PASSPORT. I FELT VERY SORRY FOR MR. BAPTISTE DUE TO THE COMPLICATIONS HE HAS HAD TO FACE IN LIFE AND THAT IS WHAT LED ME TO LEND HIM MY DOCUMENTATION.

**United States Department of State<br>Bureau of Diplomatic Security**

I SWEAR THAT THE CONTENTS OF THIS STATEMENT OF ___LANCE ROANS___ ( )
PAGES ARE TRUE AND CORRECT: THAT I HAVE MADE THIS STATEMENT OF MY OWN FREE WILL
AND ACCORD WITH NO PROMISES OF IMMUNITY HAVING BEEN MADE TO ME AND WITHOUT ANY
THREATS, FORCE, OR COERCION BEING USED AGAINST ME. I MAKE THIS STATEMENT IN AN
EFFORT TO ASSIST THE UNITED STATES DEPARTMENT OF STATE IN AN OFFICIAL
INVESTIGATION. I HAVE BEEN COURTEOUSLY TREATED AND I HAVE NO OBJECTION TO THE
CONDUCT OF THE INTERVIEWING OFFICERS.

FURTHER DEPONENT SAITH NOT.

S: _____

SUBSCRIBED AND SWORN BEFORE ME ON THIS ___14___ DAY OF ___JAN, 2004___

S: _____
SPECIAL AGENT
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024

WITNESS: S: _____
Special Agent
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE
1 Executive Drive, 5th Floor
Fort Lee, NJ 07024