# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____   FOR _____   AT _____

FILED
IN CLERK'S OFFICE
2004 MAR 23 P 12: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.

PERSON REPRESENTED (Show your full name): LANCE S. ROXAS

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: 1433 YORK AVE NY NY 10021  NY HEALTH & RACQUET
IF YES, how much do you earn per month? $ 5500 - 6500
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 10K   SOURCES: 401K PAYOUT FROM CIGNA

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 1300

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 30K   DESCRIPTION: DODGE DURANGO

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| CAR | WELLS FARGO | $32,000 | $459 |
| SCHOOL | LOAN UNIVERSITY | $ | $600 |
| MOM | MORTGAGE | $ | $800 |
| CREDIT CARDS | CAPITAL ONE | $ | $200 |
| CAR INS/TAXES | RUTGERS | and … other SDS | $155 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____

| NAME | DATE | AMOUNT | PROPOSED |
|---|---|---|---|
| CREDIT CARD | HOUSEHOLD BANK | | 200 |
| CABLE BILL | COMCAST | | 89 |
| LIFE INSURANCE | | | 300 |
| TRAVEL - GAS - TOLLS | | | 1000 |
| FOOD | | | 800 |
| WARRANT | | | 200 |
| CELL PHONE | | | 150 |
| INTERNET | | | 40 |
| MEDICAL EXPENSES | | | 290 |
| PRESCRIPTIONS | | | 142 |
| CLOTHING | | | 200 |