UNITED STATES
V.
ROXAS, LANCE STEVEN TIRSO

CA 04-1655

RE: MOTION TO CONTINUE

Ms. Lisa Rowland
United States District Court
Clerk's office
Suite 502
595 Main Street
Worcester, MA  01608

Dear Ms. Rowland:

I am respectfully submitting this request to your office and the Court for a continuance.

I work as the general manager for a gym and it is a requirement that general managers work the last FIVE days of every month as well as the 15th. As you know, I took the 22nd of March off from work to make my scheduled appearance at the District Court in Boston, MA. It was not until I arrived there that I learned that my appearance had been moved to March 30th in Worcester, MA.

Appearing on March 30th would likely result in my termination at work. I ask the Court's leave to change the appearance date for another date not within the last FIVE days of a month or 15th. This change would allow me to make appropriate arrangements with work as well as allowing me more time to secure counsel; with the transfer of my case and materials to Massachusetts, I lost my assigned public defender from New York and now find myself without legal representation.

I can be reached at (917) 856-7261 if you require any additional information.

Sincerely,

Lance Roxas