AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────────── DISTRICT OF ────────────

UNITED STATES OF AMERICA

V.

Lance Steven Tirso Roxas

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1655-CBS

I, _Lance Steven Tirso Roxas_, charged in a (complaint) (petition) pending in this District with _Conspiracy to make false statement on Passport_ in violation of Title _18_, U.S.C., _371_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

5/3/04
Date

_____
Counsel for Defendant