UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1542 -- |
| LANCE STEVEN TIRSO ROXAS | ) | Passport Fraud |
| | ) | |

04 CR 10224 NG

INFORMATION

COUNT ONE:   (18 U.S.C. § 1542 -- Passport Fraud)

The United States Attorney charges that:

On or about March 4, 2002, at New York City and elsewhere in the Southern District of New York, and at Cambridge, in the District of Massachusetts,

LANCE STEVEN TIRSO ROXAS,

defendant herein, did aid and abet another in the making of a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Sections 1542 and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DONALD L. CABELL
Assistant U.S. Attorney

Date: July 30, 2004