Lance Roxas
5114 Hudson Avenue, Apartment 14
West New York, New Jersey  07093
(201) 430-3936

October 14, 2005

Honorable Nancy Gertner
John Joseph Moakley U. S. Courthouse
1Court House Way
Suite 9200
Boston, MA  02210

RE: **UNITED STATES V. ROXAS, LANCE STEVEN TIRSO  04-CR100224NG
REQUEST TO DISMISS FOR FAILURE TO PROSECUTE**

Dear Judge Gertner:

I am writing you with regard to my case #04-CR100224NG.  In July 2004, I appeared in Worcester, Massachusetts to face charges that I gave my identifications to an illegal immigrant for the purpose of obtaining a passport.  At that time I waived my right to an attorney.  I also agreed to waive my right to a grand jury investigation and made a verbal agreement with Assistant United States Attorney Donald Cabell to plead guilty to the charges brought against me.  At that time, Mr. Cabell stated that, while he could not promise anything, given my willingness to submit to the mercy of court and the circumstances of the case that he would not call for a jail sentence as he would ask for the minimum penalty or fine.

I have now been waiting over fourteen months for him to contact me even though I have made repeated attempts to contact him.  I have called at least twice a month since July 2004 to inquire about the status of the case and have not received any responses.  I have also sent faxes and letters to which I have received no response.

I have at no time attempted to hinder the investigation, or deny the charges.  I continue to stress that I acknowledge I made a grave mistake by lending an illegal immigrant my identification to obtain a passport for the purpose of gaining employment.  It was wrong but done with absolutely no malice toward my government.  I love my country more than words can possibly express and would never do anything to harm it.  I acted out of misguided pity for a friend.

For the past eighteen months, since being arrested in March of 2004, I have completely fulfilled the requirements of my pretrial release.  I have contacted my pretrial officers weekly, reported once a month and passed every invasive urinalysis screening.  I have had absolutely no contacts with law enforcement.  This is totally in keeping with my normal character as I have no previous criminal record.

In addition, I have continued my employment as General Manager of a fitness facility where I have continued to excel, earn approximately $75,000 annually and have been offered numerous promotions. I am enrolled as a graduate student at Kean University where I am studying political theory and am on pace to graduate summa cum laude in Spring 2006 after the completion of my thesis. I am also presently engaged to be married on February 4, 2006. All of this is indicative of my normal behavior. I have always been a good upstanding citizen.

I understand what I have been charged with is very serious, but I've also done everything the government has asked of me and have been denied the ability to move on with my life. I am unable to travel, accept promotions at work or apply with any certainty to Ph.D. programs out of state. I have been in a general state of limbo for over sixteen months since being arrested though I have done absolutely nothing to impede the process. The requirements for my pretrial release have actually exceeded the minimum sentence someone convicted of this crime might receive. *(My layman's reading of the United States Sentencing Guidelines is that for a violation of this kind (not for monetary enrichment or to further drug trafficking or terrorism) the mandatory sentence for someone with no criminal record like me is within the 0-6 month range.)*

Your Honor, I am requesting that my case be dismissed on the grounds that it violates my sixth amendment protection for a fair and speedy trial. I have already spent eighteen months under pre-trial which is tantamount to probation in employment verifications, appearances, phone call check-ins and drug screening. It is unfair to proceed with this charge and my plea of guilty only to further impede my future, particularly as I have already submitted to the punishment without a day in court.

Please understand I am in no way stating that Mr. Donald Cabell has been acting with any malice or purposefully attempting to prolong this process but I have also done nothing to hinder it. I have simply done everything in the hopes of paying my debt to society and moving on with my life and continue being a good citizen and family man. I have been denied that opportunity.

I am also enclosing copies of letters that have been sent to Mr. Cabell.

Yours respectfully,

Lance Roxas

Cc:   Donald Cabell