UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10224-NG |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 18 U.S.C. § 1542 -- |
| LANCE STEVEN TIRSO ROXAS | ) | Passport Fraud |
| | ) | |

## WAIVER OF INDICTMENT

Defendant Lance Steven Tirso Roxas, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
Lance Steven Tirso Roxas

Date: December 22, 2005