USDC
f, In open court
12/22/05

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LANCE STEVEN TIRSO-ROXAS

CRIMINAL NO.

04-10224-NG

## WAIVER OF COUNSEL BY DEFENDANT

I, the above-named defendant, hereby acknowledge that the Court has informed and advised me of my rights under the Constitution of the United States to have the assistance of counsel for my defense.

I hereby waive this Constitutional right and elect to proceed without the assistance of counsel.

_____
Defendant

_____
Witnessed by:

Signed this __22nd__ day of __December__, __2005__.