1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4
 5   UNITED STATES              )   CR. NO. 04-10224-NG
 6   VS.                        )   COURTROOM NO. 2
 7   LANCE STEVEN TIRSO ROXAS   )   1 COURTHOUSE WAY
 8                                  BOSTON, MA  02210
 9
10
11             FINDINGS OF FACT AND SENTENCING
12
13                   JANUARY 12, 2006
14                      2:45 P.M.
15
16
17
18
19        BEFORE THE HONORABLE NANCY GERTNER
20         UNITED STATES DISTRICT COURT JUDGE
21
22
23
24              VALERIE A. O'HARA
25            OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by DONALD L. CABELL,
     ASSISTANT UNITED STATES ATTORNEY, One Courthouse Way,
 3   Suite 9200, Boston, Massachusetts  02210, for the United
     States;
 4
          LANCE STEVEN TIRSO ROXAS, pro se.
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1         THE COURT:  Why don't you stand.  I'm going to
2    accept the calculations in the presentence report which
3    yields a guideline range of zero to six months, and I'm
4    going to sentence you to time served.  No fine, no
5    supervised release obviously, a special assessment of $100,
6    and I think then that is it.  All these conditions are only
7    conditions of probation.  Okay.  So the $100 shall be due
8    immediately.  You have a right to appeal, if you wish to, I
9    can't imagine that you wish to.  If you wish to, you can
10   consult with someone.  You've waived your right to counsel.
11   Otherwise I think this is over.
12        THE DEFENDANT:  Thank you so much.
13              - - - -