AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LANCE STEVEN TIRSO ROXAS

**WARRANT FOR ARREST**

CASE NUMBER: 04-1655-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LANCE STEVEN TIRSO ROXAS__
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to make a false statement on a passport application in violation of 18 U.S.C. s. 1542,

in violation of Title __18__ United States Code, Section(s) __371__

__CHARLES B. SWARTWOOD III__                __UNITED STATES MAGISTRATE JUDGE__
Name of Issuing Officer                     Title of Issuing Officer

__[signature]__                             __5-19-04 @ Boston, MA.__
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY DSS |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF DEFENDANT ON 5/18/04 | |

This form was electronically produced by Elite Federal Forms, Inc.